**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY and TERRY M. NELSON, RENEE BELL, BRIAN PALUCH, JOHN W. FISCHER, MICHAEL T. THUSTON, DONALD J. BRUSSEL, JR., SCOTT BYRNE, KEN STRICKER, KIRK VERSEMAN, ALBERT BOND, ROBERT CALHOUN, RON DICUS, KEVIN BYRNE, and EARL POE, III, in their representative capacities as trustees of the CARPENTERS' PENSION TRUST  FUND OF ST. LOUIS, and TERRY M. NELSON, RENEE BELL, BRIAN PALUCH, JOHN W. FISCHER, MICHAEL T.  THUSTON, DONALD J. BRUSSEL, JR., SCOTT BYRNE, KEN STRICKER, KIRK VERSEMAN, ALBERT BOND, ROBERT CALHOUN, RON DICUS, KEVIN BYRNE, and EARL POE, III in their representative capacities as trustees of the CARPENTERS' HEALTH AND WELFARE TRUST FUND OF ST. LOUIS, and TERRY M. NELSON, RENEE BELL, BRIAN PALUCH, JOHN W. FISCHER, MICHAEL T. THUSTON, DONALD J. BRUSSEL, JR., SCOTT BYRNE, KEN STRICKER, KIRK VERSEMAN, ALBERT BOND, ROBERT CALHOUN, RON DICUS, KEVIN BYRNE, and EARL POE, III in their representative capacities as trustees of the CARPENTERS' VACATION TRUST FUND OF ST. LOUIS and RENEE BELL, ROBERT BEHLMAN, DAVE MARXKORS, KEITH TAYLOR, MICHAEL T. THUSTON, MIKE GRIGAITIS, RON DICUS, ROBERT WOLF, TERRY M. NELSON, BOB FRITZ and ALBERT BOND in their representative capacities as trustees of the CARPENTERS' JOINT TRAINING FUND OF ST. LOUIS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       No. 4:13-CV-1557 CAS |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| JAMES BLATTEL, an individual, d/b/a BLATTEL CONSTRUCTION CO., | )<br>) |

|   |   |
|---|---|
| Defendant. | ) ) |

## JUDGMENT

Plaintiffs filed this action on August 12, 2013 to recover from defendant James Blattel, d/b/a Blattel Construction Co., delinquent fringe benefit contributions, liquidated damages and interest owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. § 185 ("LMRA").  Plaintiffs also seek an award of their attorneys' fees and costs.  Defendant has not appeared, and plaintiffs move for default judgment, submitting in support of their motion the affidavits of Juli Laramie and Greg A. Campbell.

Under ERISA, 29 U.S.C. § 1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendant James Blattel owes $39,874.66 in delinquent fringe benefit contributions, $7,974.93 in liquidated damages and $1,304.40 in interest.  The collective bargaining agreements and ERISA, 29 U.S.C. § 1132(g)(2), also require defendants to pay plaintiffs' attorneys' fees and costs.  Plaintiffs incurred $414.00 in attorneys' fees, and $499.18 in court costs.  Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.  The total amount owed by defendant to plaintiffs is $50,067.17.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment is **GRANTED**.  [Doc. 6]

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment by default is entered in favor of plaintiffs and against defendant James Blattel, d/b/a Blattel Construction Co., in the amount of Fifty Thousand Sixty-Seven Dollars and Seventeen Cents ($50,067.17).

**SO ORDERED**:

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of October, 2013.